IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN HESTER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2350 |
| | : | |
| SPEEDWAY, LLC and HESS RETAIL STORES, LLC | : : | |

**ORDER**

**AND NOW**, this 9th day of February 2023, following upon consideration of Plaintiff's "Motion *in Limine* To Preclude Reference to Plaintiff, Franklin B. Hester's 2014 Guilty Plea to Driving Under the Influence" (Doc. 48); "Motion *in Limine* To Preclude Reference to Plaintiff, Franklin B. Hester's 2021 Guilty Plea of Retail Theft-Taking Merchandise" (Doc. 49) and Defendant's response thereto (Doc. 52); and "Motion *in Limine* To Preclude Reference to Plaintiff, Franklin B. Hester's 2012 Guilty Plea of Retail Theft-Taking Merchandise" (Doc. 50) and Defendant's response thereto (Doc. 51), it is hereby **ORDERED**:

1. Plaintiff's Motion *in Limine* (Doc. 48) is **GRANTED**;

2. Plaintiff's Motion *in Limine* (Doc. 49) is **DENIED**;

3. Plaintiff's Motion *in Limine* (Doc. 50) is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE